UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FILED
FEB 20 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WENDELL CORLEY,<br><br>Defendant. | 4:20CR120 RLW/DDN |

# INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about October 27, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**WENDELL CORLEY,**

the Defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], also known as fentanyl, a schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
GREGORY M. GOODWIN, #65929MO
Special Assistant United States Attorney