UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.   4:20 CR 120 RLW |
| | ) |
| WENDELL CORLEY, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S SUBSTITUTION OF COUNSEL**

COMES NOW, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Rodney H. Holmes, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States, replacing Gregory Goodwin, Special Assistant United States Attorney, who withdraws his appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*s/Rodney Holmes*
RODNEY HOLMES, #624551IL
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of this document was filed with the Court's electronic file management system for service upon all parties and counsel of record on June 11, 2021.

*s/Rodney Holmes*
RODNEY HOLMES, #624551IL
Assistant United States Attorney